MDG Capital Management LLC
1079 Garner Avenue
Schenectady, NY  12309


Ms. Fredericka Curran
797 Burdeck Street
Schenectady, NY  12306


Mr. Robert Tripodi
434 State Steret
Unit 701
Schenectady, NY  12305


Dr. Benjamin Hoffman
434 State Street
Unit 801
Schenectady, NY  12305


Concord Development
434 State Street
Schenectady, NY  12305


Christopher J. Myers
c/o The Parker Inn
434 State Street
Schenectady, NY  12305


#3 First Niagara Bank
P.O. Box 28
Buffalo, NY  14240-0028


#4 NYBDC
50 Beaver Street
Albany, NY  12201


#5 Metroplex
433 State Street
Schenectady, NY  12305